Mobley, superintendent of banks, v. Faircloth *et al.*

Sutton, J. Under the answers returned by the Supreme Court to the questions certified to it in this case (174 *Ga.* 808, 164 S. E. 195), the petition failed to set forth a cause of action, and the judge of the superior court therefore properly sustained a general demurrer thereto.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

Decided July 8, 1932.

*C. N. Davie, J. F. Kemp,* for plaintiff.
*Hal Lawson,* for defendants.